# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

**Philip Sokolich**

    vs.

**Social Security Administration**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  7:04-CV-1351

\_\_\_\_  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION TO DISMISS IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON FEBRUARY 19, 2008.

Dated:  February 19, 2008

Clerk of Court

s/ S. Potter
By:  Deputy Clerk